BENDER *v.* THOMPSON.

ATKINSON, Presiding Justice. In a suit for equitable foreclosure of a contractor's lien on realty, involving appointment of a receiver, the judge refused at the trial the defendant's request for submission to the jury of stated questions of fact on which to base a special verdict. A verdict for the plaintiff was returned. The defendant made a motion for a new trial. While the motion was pending the defendant came by direct

bill of exceptions in which the only assignment of error was on the refusal to submit the questions of fact on which to base a special verdict. *Held*, that the exception was not to a final judgment, or to a judgment that would have been final as to the plaintiff in error if it had been rendered as he contended it should have been. On motion the writ of error is dismissed. Code, § 6-701; *Frankel* v. *Miami Butterine Co.*, 185 *Ga.* 284 (194 S. E. 503); *Federal Land Bank of Columbia* v. *United States Fidelity & Guaranty Co.*, 188 *Ga.* 138 (2 S. E. 2d, 916).

*Writ of error dismissed. All the Justices concur.*

No. 13302. NOVEMBER 12, 1940.

*William F. Buchanan,* for plaintiff in error.
*Augustine Sams,* contra.